STATE of Missouri, Respondent,

v.

Eric MILES, Appellant.

No. WD 57268.

Missouri Court of Appeals,
Western District.

Dec. 5, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 2001.

Application for Transfer Denied
March 20, 2001.

Daniel L. Mohs, St. Louis, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., LAURA DENVIR STITH and NEWTON, JJ.

### Order

PER CURIAM:

Eric Miles was convicted by a jury of forcible rape under § 566.030, RSMo 1994 and second degree assault under § 565.060, RSMo 1994. The trial court sentenced him as a prior and persistent offender to consecutive prison terms of 20 and 10 years. For the reasons set forth in the memorandum provided to the parties,

we affirm the judgment of conviction. Rule 30.25(b).